UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Denise Amoruso Tuttle v. Bayer Corporation, et al.* | No.10-cv-13105-DRH |
| *Lameicka Bray v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.12-cv-10267-DRH |
| *Lisa Flores v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.11-cv-13545-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 12, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
    **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.13 09:57:02 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT